IN THE UNITED STATES DISTRICT COURT FOR

NORTHERN DISTRICT OF FLORIDA

(Gainesville Division)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** ) | | |
| ) | | |
| v.        ) | Docket No. | 1:07CR00001-002 |
| ) | | |
| **LINDA WATSON**        ) | | |

## O R D E R

This matter is before the Court on a petition alleging that the defendant violated the conditions of her pretrial release as outlined in the Petition for Action on Conditions of Pretrial Release filed with the Clerk of the U. S. District Court for the Northern District of Florida, on May 14, 2007.

IT IS HEREBY ORDERED that the defendant be continued on pretrial supervision with the following additional conditions:

The defendant shall have no contact, directly or indirectly or through a third party, with co-defendant Charles Theodore Watson.

The defendant shall surrender all letters received from the co-defendant, Charles Theodore Watson, to the U.S. Pretrial Services Officer.

All other terms and conditions shall remain in full force and effect.

DONE AND ORDERED this 5th day of June, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge