IN THE UNITED STATES DISTRICT COURT FOR
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA )
                                                                           )
         v.                                      )                        Docket No. 1:07CR01-002
                                                         )
  LINDA WATSON               )

## **O R D E R**

This matter is before the Court on a petition alleging that the defendant violated the conditions of her probation as outlined in Probation Form 12C filed with the Clerk of the U. S. District Court for the Northern District of Florida, on January 31, 2009.

Based on the defendant's admission of guilt to the violations as outlined in the Petition, the Court finds that the defendant violated the terms and conditions of her probation.

**IT IS HEREBY ORDERED** that the defendant be continued on probation under the same terms and conditions.  The sentence previously imposed shall remain in full force and effect.

**DONE AND ORDERED** this  5th  day of May, 2009.


                                          *s/ Stephan P. Mickle*
                                          HONORABLE STEPHAN P. MICKLE
                                          U.S. DISTRICT JUDGE


                                          DATE          May 14, 2009